UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO MIRANI, | 1:10-cv-818 AWI MJS (HC) |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |
| RAUL LOPEZ, Warden, | (Doc. 16) |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the denial of a parole date by the Board of Parole Hearings.

On February 15, 2011, the Court summarily dismissed the petition in light of *Swarthout v. Cooke*, 131 S. Ct. 859 (2011).

On February 17, 2011, Petitioner filed a motion to vacate/motion to reconsider.

The motion to reconsider focuses exclusively on the application of *Swarthout* to this case. However, the Ninth Circuit has made it clear that, in light of *Swarthout*, "there is no substantive due process right created by California's parole scheme." Styre v. Adams, - - - F.3d - - - , 2011 U.S. App. LEXIS 11387, *2 (9th Cir. June 6, 2011); Roberts v. Hartley, 640 F.3d 1042, 1046 (9th Cir. 2011). Further, *Swarthout* "makes clear that we cannot consider whether 'some evidence' of dangerousness supported a denial of parole on a petition filed

1 under 28 U.S.C. § 2254." Pearson v. Muntz, 639 F.3d 1185, 1191 (9th Cir. 2011).  This
2 Court's dismissal of the petition was, and remains, appropriate.  See Swarthout, 131 S.Ct. at
3 862-63; Styre, 2011 U.S. App. LEXIS 11387 at *2; Pearson, 639 F.3d at 1191; Roberts, 640
4 F.3d at 1046.  Petitioner has presented no grounds that would warrant reconsideration or a
5 different result.  See Fed. R. Civ. Pro. 60; Local Rule 230; Roberts, 640 F.3d at 1046;
6 Pearson, 639 F.3d at 1191.

   Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for reconsideration is
DENIED.
IT IS SO ORDERED.

Dated:   July 22, 2011                                   _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE